IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CRAIG I. SMITH, | ) | CV 23-00481 HG-RT |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING THE |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| DELBERT K. MACANO, | ) | APPLICATION TO PROCEED |
| | ) | WITHOUT PREPAYING FEES |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY
<u>APPLICATION TO PROCEED WITHOUT PREPAYING FEES</u> (ECF No. 7)

Findings and Recommendation (ECF No. 7) having been filed and served on all parties on January 18, 2024, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 5, 2024.

Helen Gillmor
United States District Judge