IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CRAIG I. SMITH, | ) | CV 23-00481 HG-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DELBERT K. MACANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION (ECF No. 17)

On June 18, 2024, the Findings and Recommendation to Dismiss This Action (ECF No. 17) was filed and served on all parties.

On June 20, 2024, Plaintiff filed a document titled Motion to Leave Well Enough Alone.  (ECF No. 19).  The document conveyed Plaintiff's "apologies for any inconvenience."  Id.  The Court interprets the Motion as an agreement to dismiss the Complaint without prejudice.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Dismiss This Action," ECF No. 17, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, July 5, 2024.

Helen Gillmor
United States District Judge